## GRIFFIN *v.* WARDEN OF MARYLAND HOUSE OF CORRECTION

[H. C. No. 27, October Term, 1949.]

*Decided February 9, 1950.*

Before MARBURY, C. J., and DELAPLAINE, COLLINS, GRASON, HENDERSON and MARKELL, JJ.

PER CURIAM.

This is an application to appeal from the refusal of a writ of habeas corpus. Petitioner is confined in the Maryland House of Correction for a period of three years. He claims that he was convicted for a crime that he did not commit. He says he was convicted on a chain of circumstances all tending, when connected, together, to establish an illogical inference or conclusion that such facts do exist, and that there was no direct evidence in the case; that one of the witnesses against him told two conflicting stories.

The question of guilt or innocence and credibility and weight of the evidence cannot be tried on habeas corpus. *Rountree v. Wright,* 189 Md. 292, 55 A. 2d 847.

*Application denied, without costs.*